# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 08-3012

September Term 2009

04cr00232-02

Filed On: January 26, 2010

United States of America,

     Appellee

     v.

Ricardo Palmera Pineda, also known as
Simon Trinidad,

     Appellant

**BEFORE:**    Sentelle, Chief Judge, and Ginsburg, Henderson, Rogers, Tatel, Garland, Brown, Griffith, and Kavanaugh, Circuit Judges, and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                           FOR THE COURT:
                           Mark J. Langer, Clerk

                BY:    /s/
                           Scott H. Atchue
                           Deputy Clerk